FILED

2017 MAY 11 AM 10: 14

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CASE NUMBER: |
| v. | PLAINTIFF | 17-CR-00257 |
| Christopher Poaila | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 5/11/2017  8:30  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
18 USC 1343 - Wire Fraud
18 USC 1028A(1) - Agg ID Theft, 18 USC 1029(a)(2) Use of Unauthorized Access Card

5. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required: ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1982

8. Defendant has retained counsel: ☒ No
   ☐ Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty - Fernando Basulto

10. Remarks (if any): _____

11. Name: David Schwartz (please print)

12. Office Phone Number: 213-238-0810          13. Agency: USSS

14. Signature: _____          15. Date: 5/11/2017

CR-64 (2/14)          REPORT COMMENCING CRIMINAL ACTION