

1  HILARY POTASHNER (Bar No. 167060)
   Federal Public Defender
2  JENNIFER J. UYEDA (No. 238602)
   Deputy Federal Public Defender
3  (E-mail: Jennifer_Uyeda@fd.org)
   321 East 2nd Street
4  Los Angeles, California 90012-4202
   Telephone: (213) 894-7524
5  Facsimile: (213) 894-0081

6  Attorneys for Defendant
   Christopher Psaila

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                    WESTERN DIVISION

11 UNITED STATES OF AMERICA,          Case No. 17-CR-257
12         Plaintiff,
13    v.                              **ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS**
14 Christopher Psaila,
15         Defendant.
16

17     I, the above named defendant, hereby assert my Fifth and Sixth Amendment
18 rights to remain silent and to have counsel present at any and all of my interactions with
19 the government or others acting on the government's behalf. I do not wish to, and will
20 not, waive any of my constitutional rights except in the presence of counsel. I do not
21 want the government or others acting on the government's behalf to question me, or to
22 contact me seeking my waiver of any rights, unless my counsel is present.

23                                    Translated into _____ by:
24 _____
   (Defendant's signature)              _____
25                                      (Interpreter's name printed & signature)
26 _____
                                        Date: 5/11/17  Time: 2:10  a.m./p.m.
27 Jennifer J. Uyeda, DFPD
28