# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:17-CR-00257     Recorder: CS 05/11/2017     Date: 05/11/2017

Present: The Honorable Charles F. Eick, U.S. Magistrate Judge

Court Clerk: Stacey Pierson     Assistant U.S. Attorney: Frances Lewis

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| CHRISTOPHER PSAILA  BOND-PRESENT | JENNIFER UYEDA  DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Fernando M. Olguin.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 7/11/2017 at 8:30 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: SP by TRB

CR-85 (09/12)     CRIMINAL MINUTES - ARRAIGNMENT     Page 1 of 1