SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
FRANCES S. LEWIS (Cal. Bar No. 291055)
Assistant United States Attorney
General Crimes Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4850
     Facsimile: (213) 894-0141
     E-mail:    Frances.Lewis@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 17-257-FMO |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| CHRISTOPHER PSAILA, | **CURRENT TRIAL DATE: 7/11/2017** |
| Defendant. | **PROPOSED TRIAL DATE: 12/12/2017** |

Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorney Frances S. Lewis, and defendant CHRISTOPHER PSAILA ("defendant"), both individually and by and through his counsel of record, Deputy Federal Public Defender Jennifer J. Uyeda, hereby stipulate as follows:

1.   The Indictment in this case was filed on April 28, 2017. Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on May 11, 2017.  The

Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before July 20, 2017.

    2.   On May 11, 2017, the Court set a trial date of July 11, 2017, at 8:30 a.m. Defendant was released pending trial.

    3.   By this stipulation, defendant moves to continue the trial date to December 12, 2017, at 8:30 a.m. and to set a pretrial conference for December 4, 2017, at 2:00 p.m., along with the following deadlines: (1) government's initial and supplemental disclosure due August 1, 2017; (2) discovery cut-off and defendant's discovery disclosure due September 1, 2017; (3) motions *in limine*, jury instructions, pretrial exhibit stipulation, and a verdict form due November 6, 2017; (4) opposition(s) to motions *in limine*, joint statement of the case, and proposed voir dire questions due November 13, 2017; (5) government's trial memorandum due November 20, 2017; and (6) reply brief(s) due motions *in limine* to November 27, 2017. This is the first request for a continuance.

    4.   Defendant requests the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

        a.   Defendant is charged in a nine-count indictment with seven counts of violating 18 U.S.C. § 1343 (wire fraud), one count of violating 18 U.S.C. § 1029(a)(2) (use of unauthorized access device), and one count of violating 18 U.S.C. § 1028A(a)(1) (aggravated identify theft). The government has made available for inspection to the defense the discovery currently in its possession, including over 2,000 pages of financial records, credit card statements, invoices, interview notes, other documents, and images, as well as a recorded statement. Because the government's discovery contains personal

identifying information, the redaction of which would result in a set of discovery that would be highly confusing and difficult to understand, the parties are also negotiating a protective order for presentation to the Court in the near future.

      b. Counsel for defendant is currently scheduled to be in trial in United States v. Grey, CR 15-334-PSG, a 22-defendant RICO case scheduled for trial on July 11, 2017, and expected to last four weeks; United States v. Dana McNew, CR 17-CR-486-FMO, a mail theft case scheduled for trial on August 8, 2017, and expected to last two days; United States v. Ashley, CR 16-296-JAK, an unemployment benefits fraud case scheduled for trial on September 19, 2017, and expected to last 2 days; United States v. Dutton, CR 16-462-ODW, a two defendant union benefits fraud case scheduled for trial November 14, 2017, and expected to last 1 week.

      c. In light of the foregoing, counsel for defendant represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel represents that failure to grant the continuance would deny her reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d. Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.

      e. The government does not object to the continuance.

    f. The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses.

  5. For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of July 11, 2017, to December 12, 2017, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  6. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence.

//

//

Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: May 23, 2017            Respectfully submitted,

                               SANDRA R. BROWN
                               Acting United States Attorney

                               LAWRENCE S. MIDDLETON
                               Assistant United States Attorney
                               Chief, Criminal Division


                                 /s Frances S. Lewis
                               FRANCES S. LEWIS
                               Assistant United States Attorney

                               Attorneys for Plaintiff
                               UNITED STATES OF AMERICA

I am CHRISTOPHER PSAILA's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than December 12, 2017, is an informed and voluntary one.

_____        5/24/17
JENNIFER J. UYEDA                     Date
DEPUTY FEDERAL PUBLIC DEFENDER
Attorney for Defendant
CHRISTOPHER PSAILA

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than September 12, 2017. I understand that I will be ordered to appear in Courtroom 6D of the United States Courthouse, 350 W. 1st Street, 6th Floor, Los Angeles, CA 90012 Federal Courthouse, on December 4, 2017, at 2:00 p.m. and December 12, 2017, at 8:30 a.m.

_____        5/24/17
CHRISTOPHER PSAILA                    Date
Defendant