HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
JENNIFER J. UYEDA (Bar No. 238602)
(E-Mail: Jennifer_Uyeda@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
CHRISTOPHER PSAILA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER PSAILA,<br><br>Defendant. | Case No. 17-CR-257-FMO<br><br>**STIPULATION TO MODIFY CONDITIONS OF BOND** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney Frances Lewis and defendant Christopher Psaila, by and through his attorney of record, Deputy Federal Public Defender Jennifer J. Uyeda, that:

(1) On May 12, 2017, Christopher Psaila made his initial appearance and was released on bond. The magistrate judge ordered an appearance bond of $100,000 to be signed by Mr. Psaila's brother, Jonathan Psaila, and Mr. Psaila's husband David Lewis, in the amount of $50,000 each. (Dkt #20, Filed May 12, 2017). The affidavits of surety without justification were filed on May 12, 2017. (Dkts #16 and 18). Additionally, as part of his pretrial conditions, the magistrate judge ordered that Mr. Psaila submit to drug testing.

(2)  Trial is currently set for December 12, 2017;

(3)  Mr. Psaila seeks a modification of his bond to reduce the bond amount to $50,000 to be signed by only David Lewis.  On or about August 3, 2017, Jonathan Psaila unexpectedly passed away;

(4)  Mr. Psaila also seeks a modification of his bond to remove the drug testing condition;

(5)  Mr. Psaila is currently out of custody and has been in full compliance with his bond conditions;

(6)  Pretrial Officer Erika Pimentel has no objection to Mr. Psaila's requests and states that he is in full compliance with his bond conditions;

(7)  Assistant United States Attorney Frances Lewis does not object to this request;

//
//
//

(8)     Accordingly, the parties agree and stipulate that the Court modify the bond to reduce the appearance bond from $100,000 to $50,000 to be signed only by David Lewis, and to remove the drug testing condition.  All bond conditions should remain the same.

                                        Respectfully submitted,

                                        HILARY POTASHNER
                                        Federal Public Defender

DATED:  October 5, 2017          By  */s/ Jennifer J. Uyeda*
                                        JENNIFER J. UYEDA
                                        Deputy Federal Public Defender
                                        Attorney for CHRISTOPHER PSAILA

                                        SANDRA BROWN
                                        Acting United States Attorney

DATED:  October 5, 2017          By  */s/ Frances Lewis*
                                        FRANCES LEWIS
                                        Assistant United States Attorney

*Email authorization given on October 5, 2017.