# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>CHRISTOPHER PSAILA<br><br>Defendant(s). | CASE NUMBER:<br><br>2:17-cr-00257-FMO<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   6/29/2021

Document Number(s):   67

Title of Document(s):   Request for Approval of Substitution of Attorney

**ERROR(S) WITH DOCUMENT:**

Proposed order not submitted pursuant to Local Rule 52-4.1. A Word or Wordperfect version of the proposed order should also be emailed to the chambers generic email address.

Other:

Pursuant to Local Rule 5-4.4.1- Proposed orders not lodged with a main document shall be electronically lodged as an attachment to a Notice of Lodging.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  June 30, 2021              By:   /s/ *Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov*
                                         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**