**JS - 3**

**cc: PSA**

1 TRACY L. WILKISON
Acting United States Attorney
2 CHRISTOPHER D. GRIGG
Assistant United States Attorney
3 Chief, National Security Division
LAUREN RESTREPO (Cal. Bar No. 319873)
4 Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
5      1500 United States Courthouse
      312 North Spring Street
6      Los Angeles, California 90012
      Telephone: (213) 894-3825
7      Facsimile: (213) 894-0141
      E-mail:    lauren.restrepo@usdoj.gov
8
Attorneys for Plaintiff
9 UNITED STATES OF AMERICA

10                    UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12 UNITED STATES OF AMERICA, | No. CR 17-257-FMO |
| 13     Plaintiff, | ORDER |
| 14           v. | |
| 15 CHRISTOPHER PSAILA, | |
| 16     Defendant. | |
| 17 | |
| 18 | |

19     Upon motion of the United States of America pursuant to Rule

20 48(a) of the Federal Rules of Criminal Procedure, the Court hereby

21 orders that the indictment in the above-captioned matter is

22 ///

23 ///

24 ///

25

26

27

28

1 | dismissed without prejudice.  All further hearings and deadlines are

2 | vacated, defendant's bond is exonerated, and the terms and

3 | conditions of defendant's pretrial release are terminated.

4 |     IT IS SO ORDERED.

5 |

6 |  September 29, 2021                          **/s/**
   |  DATE                          HONORABLE FERNANDO M. OLGUIN
7 |                                UNITED STATES DISTRICT JUDGE

8 | Presented by:

9 |      /s/
   |  LAUREN RESTREPO
10 | Assistant United States Attorney

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |